# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOEL CHRISTOPHER HOLMES, | CASE NO. C18-1039-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BEN CARSON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's Motion for U.S. Marshal Service. (Dkt. No. 6.) Plaintiff is proceeding *pro se* and *in forma pauperis*, and the Court will direct the United States Marshal to notify the defendants of the commencement of this action and to request a waiver of service of summons.

However, Fed. R. Civ. P. 4(b) states that the summons can issue only "[i]f the summons is properly completed," and the local rules of this district state that "[i]t is the obligation of a

party seeking the issuance of a summons by the clerk to present the summons to the clerk in the proper form, prepared for issuance, with sufficient copies for service." LCR 4(a).

Plaintiff's complaint names eight parties as defendants. A review of the record indicates that Plaintiff has filed no forms for service of summons with the clerk of the court. **Each summons must include the name and address of the defendant and the name of a person authorized to accept service on behalf of that defendant, if applicable.**

Therefore, IT IS ORDERED that Plaintiff's Motion for U.S. Marshal Service is DENIED until Plaintiff cures the defects noted above.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 9, 2018.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk