UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL CHRISTOPHER HOLMES,<br><br>               Plaintiff,<br><br>    v.<br><br>BEN CARSON, et al.,<br><br>               Defendants. | CASE NO. C18-1039-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: On August 9, 2018, the Court denied Plaintiff's Motion for U.S. Marshal Service and noted that Plaintiff had yet to present a summons in the proper form. (See Dkt. No. 7.) Plaintiff still has yet to present a summons in the proper form and is hereby notified that this action will be dismissed without prejudice for failure to prosecute if he does not do so within ten (10) days of the date of this Order.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed October 2, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk