UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL CHRISTOPHER HOLMES,<br><br>                Plaintiff,<br><br>   v.<br><br>BEN CARSON et al.,<br><br>                Defendants. | CASE NO. C18-1039-MJP<br><br>ORDER OF DISMISSAL |

Pursuant to the Court's October 2, 2018 Minute Order (Dkt. No. 9), the Court hereby ORDERS that this action be DISMISSED without prejudice for failure to prosecute. The Complaint in this matter was filed on July 11, 2018. (Dkt. No. 1.) To date, Plaintiff has not presented a summons in the proper form, and has not otherwise effected service upon defendants.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 15, 2018.

                                                          Marsha J. Pechman
                                                          United States District Judge